UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GARY TOURNIER,

Plaintiff,

v.

THADDEUS M. KIELB, a/k/a Ted M. Kielb, individually and as Trustee under that Declaration of Trust dated September 1, 1995,

Defendant.

Civil No. 00-2240 (DSD/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated October 11, 2000. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED;

2. Defendant's "Motion For Transfer," (Docket No. 1), is DENIED; and

3. The Clerk of Court shall immediately remand this action to the Minnesota District Court, Second Judicial District, Ramsey County, Minnesota.

Dated: 10/30/00

DAVID S. DOTY
United States District Court Judge

OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK